## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

———————————————————— x

In re:                          :    Chapter 11
                                :
NORTHWESTERN CORPORATION,       :    Case Nos. 03-12872 (KJC)
                                :
                                :    **Ref. Dkt. 3733, 3728**
                Debtor.         :
                                :
———————————————————— x

## AD HOC COMMITTEE OF CLASS 7 BONDHOLDERS' STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006

On July 23, 2008, an ad hoc group of creditors ("Ad Hoc Committee") holding approximately $339,912,000 face amount of the undisputed Class 7 Claims against the above-captioned former debtor ("NorthWestern"), filed a Notice of Appeal [D.I. No. 3733] in the above-captioned case, from the Order Authorizing and Approving Amended Global Settlement Agreement by and Among Northwestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt (the "Order") [D.I. No. 3728], entered on the docket by this Court on July 14, 2008. The Ad Hoc Committee hereby furnishes its statement of the issues to be presented on appeal and designates the following items to be transmitted to the United States District Court for the District of Delaware pursuant to Federal Rule of Bankruptcy Procedure 8006.

### STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

The Ad Hoc Committee hereby identifies the following issues to be presented by it on its appeal of the Order:

525.001-21422.DOC

1.    Did the Bankruptcy Court err in granting NorthWestern's Motion ("Motion") for an

Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020

and 9019, Authorizing and Approving Settlement Agreement ("Global Settlement") Among

NorthWestern, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law

Debenture Trust Company of New York, the Plan Committee, Paul, Hastings, Janofsky &

Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt?

2.    Did the Bankruptcy err, as a matter of law, when it held that the Global Settlement

Agreement does not violate the terms of the Second Amended and Restated Plan of

Reorganization Under Chapter 11 of the Bankruptcy Code dated August 14, 2004 (the "Plan")?

3.    Did the Bankruptcy Court err when it determined to approve the Global Settlement

pursuant to Rule 9019?

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Ad Hoc Committee designates the following items as necessary for the determination

of the instant appeal, together with all exhibits, attachments and documents incorporated by

reference therein:

| Item No. | Date | Docket No. | Docket Item |
|---|---|---|---|
| 1 | 8/31/04 | 2020 | Debtors Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 2 | 10/19/04 | 2238 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code. |
| 3 | 12/05/07 | 3642 | Joint Motion of NorthWestern Corporation and the Plan Committee for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Dispute Resolution Agreement. |

| Item No. | Date | Docket No. | Docket Item |
|----------|------|------------|-------------|
| 4 | 01/23/08 | 3657 | Joint Objection of Law Debenture Trust Company of New York, as Indenture Trustee, and Magten Asset Management Corporation to (I) Joint Motion of NorthWestern Corporation and the Plan Committee for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Dispute Resolution Agreement and (II) Joint Motion of NorthWestern Corporation and the Plan Committee for an Order, Pursuant to Sections 363, 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for Authorization to File Under Seal the "Side Letter" to the Dispute Resolution Agreement for Which They Jointly Seek an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019. |
| 5 | 3/17/08 | 3676 | Motion for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Settlement Agreement Among NorthWestern, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, the Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt filed by Northwestern Corporation. |
| 6 | 4/1/08 | 3678 | Objection by Ad Hoc Committee of Class 7 Bondholders to NorthWestern's Motion for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Settlement Agreement Among NorthWestern, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, the Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt. |

| Item No. | Date | Docket No. | Docket Item |
|---|---|---|---|
| 7 | 5/2/08 | 3698 | Reply to Objection of Ad Hoc Committee of Class 7 Debtholders to (I) Northwestern Corporation's Motion for an Order Authorizing and Approving Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt, and (II) Joint Motion of NorthWestern Corporation and the Plan Committee for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Dispute Resolution Agreement. |
| 8 | 5/5/08 | 3700 | Joinder of Magten Asset Management Corporation to Reply of NorthWestern Corporation in Opposition to the Objection of the Ad Hoc Committee to the Global Settlement Agreement. |
| 9 | 5/6/08 | 3705 | Amended and Restated Global Settlement Agreement and Release, Dated May 5, 2008, Superseding "Exhibit B" to the Motion of NorthWestern Corporation for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, the Plan Committee, Paul, Hastings, Janofsky & Walker LLP, the Bank of New York, Michael Hanson and Ernie Kindt. |
| 10 | 5/6/08 | 3706 | Amended and Restated Dispute Resolution Agreement, Dated May 5, 2008, Superseding "Exhibit B" to the Joint Motion of NorthWestern Corporation and the Plan Committee for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Dispute Resolution Agreement |
| 11 | 5/6/08 | 3710 | Rule 2019 Statement (Verified Supplemental) of Kramer Levin Naftalis & Frankel LLP and Landis Rath & Cobb LLP Filed by Ad Hoc Committee of Class 7 Debtholders. |

| Item No. | Date | Docket No. | Docket Item |
|---|---|---|---|
| 12 | 5/6/08 | 3711 | Fully Executed Amended and Restated Global Settlement Agreement and Release, Dated May 5, 2008, Superseding "Exhibit B" to the Motion of NorthWestern Corporation for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt |
| 13 | 5/27/08 | 3720 | Transcript of Hearing held on May 7, 2008 before the Honorable Kevin J. Carey |
| 14 | 7/10/08 | 3724 | Memorandum by Kevin J. Carey, United States Bankruptcy Judge Granting NorthWestern's Motion for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Settlement Agreement Among NorthWestern, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, the Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt |
| 15 | 7/14/08 | 3728 | Order Authorizing and Approving Amended Global Settlement Agreement by and Among Northwestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt |
| 16 | 7/21/08 | 3732 | Transcript of the Hearing held on July 10, 2008 before the Honorable Kevin J. Carey |
| 17 | 7/23/08 | 3733 | Notice of Appeal |

Dated: August 1, 2008

**LANDIS RATH & COBB LLP**

_____

Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

     -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Matthew J. Williams
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100

*Attorneys for Ad Hoc Committee of Class 7
Debtholders*