UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
NORTHWESTERN CORPORATION,                           : Case No. 03-12872 (KJC)
                                                    :
                    Debtor.                         :
                                                    :
                                                    :
------------------------------------------------------------x

NORTHWESTERN CORPORATION'S
COUNTER-DESIGNATION OF CONTENTS FOR RECORD
ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Del.Bankr.LR 8006-1, NorthWestern Corporation, the reorganized debtor ("NorthWestern") in the above-captioned Chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits this counter-designation (the "Counter-Designation") of items to be included in the record, and response to the statement of issues to be presented, on appeal to the United States District Court for the District of Delaware from the following Order of the United States Bankruptcy Court for the District of Delaware in the Chapter 11 Case:

> *Order Authorizing and Approving Amended Global Settlement Agreement by and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt* (the "Global Settlement Order") [Docket No. 3728].

I.   **Counter-Designation of Documents to be Included in the Record on Appeal**

NorthWestern designates the following additional items from the Chapter 11 Case for inclusion in the record on appeal:[1]

   1.   Notice of Adjourned/Rescheduled Hearing [Docket No. 3681];

---

[1] Each of the documents designated herein to be included in the record on appeal includes all exhibits, schedules and other attachments related to such documents. Similarly, it is NorthWestern's understanding and belief that all documents designated in the Ad Hoc Committee of Class 7 Bondholders' Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal, Pursuant to Federal Rule of Bankruptcy Procedure 8006 [Docket No. 3751] (the "Ad Hoc Committee's Designation") include all exhibits, schedules and other attachments related to such documents. If this understanding and belief is incorrect, NorthWestern hereby designates to be included in the record on appeal all exhibits, schedules and other attachments related to the documents specified in the Ad Hoc Committee's Designation.

2. Affidavit of Publication of Albert Fox in The Wall Street Journal regarding Notice of Hearing on Motion for Order Approving Global Settlement Agreement [Docket No. 3682];

3. Affidavit of Publication of Marcus Edmonds in USA Today regarding Notice of Hearing on Motion for Order Approving Global Settlement Agreement [Docket No. 3683];

4. Affidavit of Publication of Amy White in The Missoulian regarding Notice of Hearing on Motion for Order Approving Global Settlement Agreement [Docket No. 3684];

5. Affidavit of Publication of Patricia K. Van Patten in Rapid City Journal regarding Notice of Hearing on Motion for Order Approving Global Settlement Agreement [Docket No. 3685];

6. Affidavit of Publication of Sarah Sodergren in The Great Falls Tribune [Docket No. 3686];

7. Affidavit of Publication of Teresa A. Cox in The Billings Gazette [Docket No. 3687];

8. Affidavit of Publication of Brenda Forseth in The Argus Leader [Docket No. 3688];

9. Affidavit/Declaration of Service [Docket No. 3691];

10. Notice of Agenda of Matters Scheduled for Hearing Filed by NorthWestern Corporation [Docket No. 3699];

11. Affidavit/Declaration of Service of Kurtzman Carson Consultants LLC Re: Notice of Hearing to Approve Global Settlement Agreement [Docket No. 3701];

12. Affidavit/Declaration of Service of Kurtzman Carson Consultants LLC Re: Motion to Approve Compromise Under Rule 9019 Re: Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt [Docket No. 3702];

13. Affidavit/Declaration of Service of Kurtzman Carson Consultants LLC Re: Motion to Approve Compromise Under Rule 9019 Re: Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt [Docket No. 3703];

14. Affidavit/Declaration of Service of Kurtzman Carson Consultants LLC Re: Motion to Approve Compromise Under Rule 9019 Re: Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt [Docket No. 3704];

15. Amended Notice of Agenda of Matters Scheduled for Hearing Filed by NorthWestern Corporation [Docket No. 3708];

16. Notice of Filing of Amended Proposed Order, Superseding "Exhibit A" to the Motion of NorthWestern Corporation for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt [Docket No. 3712];

17. Amended Notice of Agenda of Matters Scheduled for Hearing [Second] Filed by NorthWestern Corporation [Docket No. 3713];

18. Minutes of Hearing held on: 05/07/2008, Subject: Evidentiary Hearing Re: Settlement [Docket No. 3716];

19. Affidavit/Declaration of Service Re: Reply to Objection of Ad Hoc Committee of Class 7 Debtholders to (I) Northwestern Corporation's Motion for an Order Authorizing and Approving Settlement Agreement By and Among NorthWestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt, and (II) Joint Motion of NorthWestern Corporation and the Plan Committee for an Order, Pursuant to Sections 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Dispute Resolution Agreement [Docket No. 3718];

20. Affidavit/Declaration of Service [Docket No. 3719];

21. Affidavit/Declaration of Service Re: Joinder of Magten Asset Management Corporation to Reply of NorthWestern Corporation in Opposition to the Objection of the Ad Hoc Committee to the Global Settlement Agreement [Docket No. 3721];

22. Notice of Agenda of Matters Scheduled for Hearing Filed by NorthWestern Corporation [Docket No. 3722];

23. Notice of Agenda of Matters Scheduled for Hearing - Amended - Filed by NorthWestern Corporation [Docket No. 3723];

24. Hearing Held/Court Sign-In Sheet [Docket No. 3725];

25. Certification of Counsel Seeking Entry of Order Pursuant to Section 105 and 1142 of the Bankruptcy Code and Bankruptcy Rules 3020 and 9019, Authorizing and Approving Amended Global Settlement Agreement by and Among Northwestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt [Docket No. 3726]; and

26. Affidavit/Declaration of Service Re: Order Authorizing and Approving Amended Global Settlement Agreement by and Among Northwestern Corporation, Clark Fork and Blackfoot, LLC, Magten Asset Management Corporation, Law Debenture Trust Company of New York, The Plan Committee, Paul, Hastings, Janofsky & Walker LLP, The Bank of New York, Michael Hanson and Ernie Kindt [Docket No. 3731].

## II. Counter-Statement of Issues on Appeal

1. In accordance with Rule 8010(a)(2) of the Bankruptcy Rules, NorthWestern reserves the right to present a counter-statement of issues on appeal in its appellate brief.

## III. Reservation of Rights

2. NorthWestern further reserves the right to: (a) supplement, amend or modify this Counter-Designation as appropriate and (b) move to strike items designated in the Ad Hoc Committee's Designation that are inappropriate and make any related arguments as to the propriety of including any such items designated in the Ad Hoc Committee's Designation.

Dated: Wilmington, Delaware
August 11, 2008

        Respectfully submitted,

        **GREENBERG TRAURIG, LLP**

        Victoria Watson Counihan (No. 3488)
        Dennis A. Meloro (No. 4435)
        The Nemours Building
        1007 North Orange Street, Suite 1200
        Wilmington, DE 19801
        Telephone: (302) 661-7000
        counihanv@gtlaw.com
        melorod@gtlaw.com

        and

        **CURTIS, MALLET-PREVOST,**
          **COLT & MOSLE LLP**

        Steven J. Reisman
        Joseph D. Pizzurro
        Nancy E. Delaney
        Jerrold L. Bregman
        101 Park Avenue
        New York, New York 10178-0061
        Telephone: (212) 696-6000

        *Co-Counsel for NorthWestern Corporation,*
        *Reorganized Debtor*

4867566v5